UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
2008 JUL 29 P 3:55
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

ANAND, )
)
Plaintiff )
)
V. ) CIVIL ACTION
) NO.
MICHAEL CHERTOFF, et al ) C08 03634
Defendants )
) JF

### Motion for use of Case Management/Electronic Case Files(CM/ECF)

Plaintiff, Mahesh Anand, hereby respectfully petitions this Honorable Court to grant him permission to use Case Management/Electronic Case Files (CM/ECF) to file papers with the Court after the initial filing of his Complaint titled
"PLAINTIFF'S COMPLAINT FOR WRIT IN THE NATURE OF MANDAMUS AND DECLATORY JUDGEMENT".

Plaintiff currently has an active PACER account with Login as ma4480.

Plaintiff requests this Court to grant him appropriate electronic access to CM/ECF.

Respectfully Submitted,

Mahesh Anand
_____
Mahesh Anand, Pro Se
2658 Olive Ave
Fremont, CA 94539
Phone: (510) 897-8281
Fax: (815) 572 9730
Mahesh.anand@gmail.com

Dated: 8/8/08

IT IS SO ORDERED.

_____
Jeremy Fogel, U.S. District Judge